# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**  **CASE NO: 8:18-cr-189-T-35CPT**

**SAMEH HASAN**

___

## ORDER

**THIS CAUSE** comes before the Court for consideration of the the Defendant's Unopposed Motion for Return of Personal Passport.  (Dkt. 39)  On April 19, 2018, United States Magistrate Judge Christopher P. Tuite issued an order releasing the Defendant subject to the Defendant's abiding by certain conditions, including, but not limited to, surrendering his passport to Pretrial Services.  (Dkt. 6)  On April 9, 2019, the Defendant was sentenced to twenty-six (26) months imprisonment, followed by thirty-six (36) months of supervised release.  (Dkt. 37)   Although the Government has no opposition to the requested relief, the Court conceives of no reason why a person who is scheduled to be incarcerated[1] and who is afforded no opportunity to travel outside the continental United States needs passport.

Accordingly, the Defendant's Motion to Return Passport is **DENIED.**

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of April, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

---

[1] The Defendant is currently out on bond and was Ordered, at the time of sentencing, to self-surrender to the designated institution as notified by the US Marshal.